IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

RUDOLPH GERMAN SERRANO,

    Plaintiff,

vs.                               No. CV 15-1063 KG/KK

GOVERNOR SUSANA MARTINEZ,
MAYOR GREGORY HULL,
CHIEF MICHAEL GEIER,
OFFICER BUHL, G.A., and
OFFICER B. MCKINNEY,

    Defendants.

## JUDGMENT

**THIS MATTER** having come before the Court, *sua sponte* under Rule 41(b) of the Federal Rules of Civil Procedure, on Plaintiff Rudolph German Serrano's Civil Rights Complaint Pursuant to 42 USC § 1983 filed November 20, 2015, (Doc. 1) and the Court having entered its Order dismissing Serrano's claims,

**IT IS ORDERED** that **JUDGMENT** is hereby entered against Plaintiff Rudolph German Serrano and all claims and causes of action that were or could have been brought are **DISMISSED** without prejudice.

_____
UNITED STATES DISTRICT JUDGE